PD-0077-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/6/2015 9:27:05 AM
Accepted 8/6/2015 9:40:51 AM
ABEL ACOSTA
CLERK

# EBB B. MOBLEY

**ATTORNEY AT LAW**
**422 NORTH CENTER STREET-LOWER LEVEL**
**P. O. BOX 2309**
**LONGVIEW, TEXAS   75606**
**Telephone: (903) 757-3331**
**Fax: (903) 753-8289**

August 6, 2015

FILED IN
COURT OF CRIMINAL APPEALS

August 6, 2015

ABEL ACOSTA, CLERK

Abel Acosta, Clerk
Texas Court of Criminal Appeals
201 West 14th Street, #106
Austin, Texas 78701

Re: No. PD-0077-15
   Steven Cole v. State

Dear Mr. Acosta:

I will appear for oral argument in this case on September 16, 2015 at 9:00 AM.

Very Truly Yours,

/s/   EBB B. MOBLEY

Ebb B. Mobley

kk/

cc:    Lisa McMinn
      State Prosecuting Attorney

      Zan Colson Brown
      Assistant District Attorney